was leaving. He admitted also that he fired his pistol again later after going over to Tanner's home, but explained that he did so for the purpose of waking his (defendant's) son who was there asleep.

As we view this evidence there is proof of every essential element of an aggravated assault, the offense for which the defendant was convicted. Lindsey v. State, 53 Fla. 56, 43 So. 87; Peterson v. State, 41 Fla. 285; 26 So. 709. This being true, there is ample basis in the evidence for the verdict. The judgment must, therefore, be affirmed.

BROWNE, C. J., AND TAYLOR, WHITFIELD AND ELLIS, J. J., concur.

---

T. N. HENDERSON, *Plaintiff in Error,* v. COUNTY OF HILLSBOROUGH, *Defendant in Error.*

Decision Filed October 30, 1919.

A Writ of Error to the Circuit Court for Hillsborough County; F. M. Robles, Judge.

*J. T. Watson,* Jr., for Plaintiff in Error;

*Mabry & Carlton,* for Defendant in Error.

PER CURIAM.—This cause having been submitted to the Court at a former term thereof upon the transcript of the record of the judgment aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of

its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

All concur.

---

J. M. HOOD AND JOHN FARABAUGH, CO-PARTNERS, TRADING AS HOOD & FARABAUGH, *Plaintiffs in Error*, v. W. C. RHOADS, *Defendant in Error.*

Decision Filed October 30, 1919.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Pinellas; Wm. G. King, Referee.

*McMullen & Petteway*, for Plaintiffs in Error;

*Roy V. Sellers,* for Defendant in Error.

PER CURIAM.—This cause having been submitted to the Court at a former term thereof upon the transcript of the record of the judgment aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

All concur.